TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERYL LYNN BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; EARLY WARNING SERVICES, LLC; AND RADIUS GLOBAL SOLUTIONS LLC,<br><br>Defendants | Case No. 2:26-cv-03546-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND U.S. BANK NATIONAL ASSOCIATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144)**<br><br>Current Response Deadline: November 30, 2026<br>New Response Deadline: December 30, 2026 |

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS the Stipulation between Plaintiff Teryl Lynn Boston ("Plaintiff") and Defendant U.S. Bank National Association ("U.S. Bank") (collectively referred to as "Parties"), to extend U.S. Bank's time to file a responsive pleading in this action to Plaintiff's Complaint. U.S. Bank's responsive pleading deadline shall be extended by thirty (30) days up to and including December 30, 2026.

**IT IS SO ORDERED**.

Dated: November 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE